**DISMISS and Opinion Filed July 21, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00256-CV**

**JASCO GAMES, LLC, Appellant**
**V.**
**ANDRES LUCIO, Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-14328**

# MEMORANDUM OPINION

Before Justices Schenck, Osborne, and Smith
Opinion by Justice Schenck

Before the Court is appellant's unopposed motion requesting dismissal of the appeal because it no longer wishes to pursue it. We grant the motion and dismiss the appeal with prejudice. *See* TEX. R. APP. P. 42.1(a)(1).

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

220256F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JASCO GAMES, LLC, Appellant

No. 05-22-00256-CV          V.

ANDRES LUCIO, Appellee

On Appeal from the 14th Judicial District Court, Dallas County, Texas Trial Court Cause No. DC-21-14328. Opinion delivered by Justice Schenck. Justices Osborne and Smith participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED WITH PREJUDICE**.

It is **ORDERED** that appellee ANDRES LUCIO recover his costs of this appeal from appellant JASCO GAMES, LLC.

Judgment entered July 21, 2022